1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA for the          No.  2:21-cv-00904-MCE-CKD
    use and benefit of SUSTAINABLE
12  MODULAR MANAGEMENT, INC., a
    Texas corporation
13                                             **ORDER**
                        Use-Plaintiff,
14
15          v.

16  ARCH INSURANCE COMPANY,

17                      Defendant.

18
           After consideration of the foregoing Stipulation and good cause appearing
19
    therefore, IT IS HEREBY ORDERED that this action is STAYED, pending resolution of
20
    the Armed Services Board of Contract Appeals ("ASBCA") Matter.  The parties are
21
    directed to file a writer Joint Status Report every sixty (60) days during the pendency of
22
    the ASBCA Matter and shall notify the Court when a final decision has been reached in
23
    that appeal process within twenty (20) days thereafter.
24
           IT IS SO ORDERED.
25
    Dated:  January 27, 2022
26

27                                             _____
                                               MORRISON C. ENGLAND, JR.
28                                             SENIOR UNITED STATES DISTRICT JUDGE

                                               1