CARICHOFF LAW GROUP, P.C.
Robert A. Carichoff *(SBN* 211066)
600 Coolidge Drive, Suite 190
Folsom, California 95630
Telephone: (916) 378-4705
Facsimile: (916) 378-4706

ROBERT A. CARICHOFF
MICHAEL S. ALFRED
Attorneys for Plaintiff
SUSTAINABLE MODULAR MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SUSTAINABLE MODULAR MANAGEMENT, INC., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:21-cv-00904-MCE-CKD<br><br>**ORDER GRANTING AGREED MOTION TO DISMISS**<br><br>Action Filed:  May 19, 2021 |

After having considered the Agreed Motion to Dismiss filed by Plaintiff, Sustainable Modular Management, Inc. ("Plaintiff"), and Defendant Arch Insurance Company. ("Defendant"), in the above-referenced case, the Court finds that the motion should be granted.

Therefore, the Court ORDERS that all claims and causes of action that were brought or could have been brought by and between Plaintiff and Defendant against each other be, and are hereby, dismissed with prejudice, except for those claims concerning the request for

an equitable adjustment (the "REA Claims") from the government that is currently being appealed from the ASBCA's decision, which REA Claims are dismissed without prejudice.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 3, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE